UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: PRADAXA (DABIGATRAN ETEXILATE) PRODUCTS LIABILITY LITIGATION | 3:12-md-02385-DRH<br><br>MDL No. 2385 |

**This Document Relates To:**

| | |
|---|---|
| *Judy Deutsch v. Boehringer Ingelheim Pharmaceuticals Inc., et al.* | No. 12-cv-50041-DRH |
| *Mary Weeks v. Boehringer Ingelheim Pharmaceuticals Inc., et al.* | No. 12-cv-50048-DRH |
| *Margaret Dale v. Boehringer Ingelheim Pharmaceuticals Inc., et al.* | No. 13-cv-50070-DRH |
| *Nellie M. Yarbrough v. Boehringer Ingelheim Pharmaceuticals Inc., et al.* | No. 13-cv-50328-DRH |
| *Jeannine Comeau v. Boehringer Ingelheim Pharmaceuticals Inc., et al.* | No. 13-cv-50341-DRH |
| *Patricia K. Brim v. Boehringer Ingelheim Pharmaceuticals Inc., et al.* | No. 13-cv-50702-DRH |
| *Margaret Rhodes v. Boehringer Ingelheim Pharmaceuticals Inc., et al.* | No. 13-cv-51150-DRH |
| *Christina Hernandez v. Boehringer Ingelheim Pharmaceuticals Inc., et al.* | No. 13-cv-51361-DRH |
| *Corarena Streeter v. Boehringer Ingelheim Pharmaceuticals Inc., et al.* | No. 13-cv-1398-DRH |
| *Mary Thompson v. Boehringer Ingelheim Pharmaceuticals Inc., et al.* | No. 13-cv-51720-DRH |
| *Jesse Tucker, Jr. v. Boehringer Ingelheim Pharmaceuticals Inc., et al.* | No. 13-cv-51728-DRH |
| *Curtis Tinsley v. Boehringer Ingelheim Pharmaceuticals Inc., et al.* | No. 13-cv-51748-DRH |

| | |
|---|---|
| *Billy and Martha Tumlinson v. Boehringer Ingelheim Pharmaceuticals Inc., et al.* | No. 13-cv-51889-DRH |
| *Steve Wieters v. Boehringer Ingelheim Pharmaceuticals Inc., et al.* | No. 14-cv-50017-DRH |
| *Robert Clingan v. Boehringer Ingelheim Pharmaceuticals Inc., et al.* | No. 14-cv-50106-DRH |
| *Magnolia Woods v. Boehringer Ingelheim Pharmaceuticals Inc., et al.* | No. 14-cv-50110-DRH |
| *Jose R. Perez v. Boehringer Ingelheim Pharmaceuticals Inc., et al.* | No. 14-cv-50171-DRH |
| *Kathleen Wegienka v. Boehringer Ingelheim Pharmaceuticals Inc., et al.* | No. 14-cv-50254-DRH |
| *Cherrie Green v. Boehringer Ingelheim Pharmaceuticals Inc., et al.* | No. 14-cv-50260-DRH |
| *Larry Hutchison v. Boehringer Ingelheim Pharmaceuticals Inc., et al.* | No. 14-cv-50449-DRH |
| *George Taylor Buffington v. Boehringer Ingelheim Pharmaceuticals Inc., et al.* | No. 14-cv-50473-DRH |
| *John C.W. & Terri Gardner v. Boehringer Ingelheim Pharmaceuticals Inc., et al.* | No. 15-px-00128-DRH |
| *Judy Deutsch v. Boehringer Ingelheim Pharmaceuticals Inc., et al.* | No. 12-cv-50041-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

The above captioned member actions were included in certain NOTICES of Settlement of Stipulation of Dismissal with Prejudice of Settled Actions previously filed in MDL 2385 (Doc. 621, Doc. 636, and Doc. 647) and were subject to the Court's related orders directing that cases identified in these NOTICES be dismissed with prejudice and terminated from the Court's docket (Doc. 625, Doc. 626, Doc. 639, Doc. 656). As part of winding down MDL 2385, the Court has learned that the above captioned actions have not been closed and still require entry of judgment in accord with the above.

Accordingly, **IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the previously referenced NOTICES and related orders dismissing the same with prejudice, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

                                              JUSTINE FLANAGAN,
                                              ACTING CLERK OF COURT

                                              BY: /s/*Caitlin Fischer*
                                                      Deputy Clerk

**Dated:** December 16, 2015

Digitally signed by Judge David R. Herndon
Date: 2015.12.16 14:49:33 -06'00'

**APPROVED:**
    **U.S. DISTRICT JUDGE**
    **U. S. DISTRICT COURT**